UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

SCOTTIE R. EDWARDS,

    Plaintiff,

    v.

JOYCE RHODES, WILLIAM MARTIN,
and JOHN NALLY,

    Defendants.

CAUSE NO.: 3:18-CV-155-JD-MGG

OPINION AND ORDER

Scottie R. Edwards, a prisoner without a lawyer, filed a motion asking the court to reconsider its screening order (ECF 57). However, it would be pointless to reconsider that order because it is no longer controlling this case. This case is stayed (ECF 60) and the court is waiting for Edwards to file an amended complaint containing all of his claims because he filed a document title "Amended Complaint" (ECF 59) attempting to amend by interlineation which is not permitted. *See* N.D. Ind. L.R. 15-1(b)(2).

Edwards needs to get a Prisoner Complaint (INND Rev. 8/16) form from his prison law library. He needs to complete the form and include the names of all of the defendants he is trying to sue. He needs to include all of the claims he is trying to bring in this case. He needs to explain what each defendant did or did not do which makes that individual defendant financially liable to him. He needs to state when each of these acts or omissions occurred. After he files the amended complaint, the court will screen it as required by 28 U.S.C. § 1915A.

For these reasons, the motion (ECF 61) is DENIED.

SO ORDERED on March 1, 2019

/s/ JON E. DEGUILIO
JUDGE
UNITED STATES DISTRICT COURT